[No. 18228-9-II.    Division Two.    October 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CHARRETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-1-00905-2, Leonard N. Costello, J., entered April 29, 1994. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Turner, J.

[No. 18255-6-II.    Division Two.    October 18, 1996.]

ROGER D. SUMMERS, ET AL., *Appellants*, v. THE BANK OF GRAYS HARBOR, *Respondent*, ZANE ROCKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 92-2-01092-1, David E. Foscue, J., entered May 2, 1994. *Reversed* by unpublished opinion per Turner, J., concurred in by Houghton, A.C.J., and Armstrong, J.

[No. 18376-5-II.    Division Two.    October 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PERRY ALLEN KENT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-00567-9, Brian M. Tollefson, J., entered June 16, 1994. *Reversed with instructions* by unpublished opinion per Turner, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 18851-1-II.    Division Two.    October 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN C. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 92-1-00062-8, James B. Sawyer, J., entered October 6, 1994. *Reversed with instructions* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Bridgewater, JJ.